1  SETH A. RIBNER (State Bar No. 178030)
   DEBORAH L. STEIN (State Bar No. 224570)
2  SIMPSON THACHER & BARTLETT LLP
   1999 Avenue of the Stars, 29th Floor
3  Los Angeles, California 90067
   Telephone: (310) 407-7500
4  Facsimile: (310) 407-7502

5

   Attorneys for Plaintiff/Counterdefendant
6  INSURANCE COMPANY OF NORTH AMERICA

7

8
                    UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   INSURANCE COMPANY OF NORTH           ) Case No. C 04 4477 CRB
12 AMERICA,                             )
                                        ) Hon. Charles R. Breyer
13                  Plaintiff,          )
                                        )
14        v.                            ) **STIPULATION AND** [PROPOSED]
                                        ) **ORDER OF DISMISSAL**
15 CAROL M. DIVITA,                     )
                                        )
16                  Defendant.          )
                                        )
17 ─────────────────────────            )
                                        )
18 CAROL M. DIVITA,                     )
                                        )
19                  Counterclaimant,    )
                                        )
20        v.                            )
                                        )
21 INSURANCE COMPANY OF NORTH           )
   AMERICA, TOTAL DOLLAR MANAGEMENT     )
22 EFFORT, LTD. dba TOTAL DOLLAR        )
   MANAGEMENT EFFORT INSURANCE          )
23 BROKERS, and ROES 1 through 50,      )
                                        )
24                  Counterdefendant.   )
                                        )
25 ─────────────────────────

26

27

28

Stipulation and [Proposed] Order of Dismissal
Case No. C 04 4477 CRB

1   IT IS HEREBY STIPULATED AND AGREED by and among Insurance Company of North America ("INA"), Carol M. Divita ("Divita"), and Total Dollar Management Effort, Ltd., d/b/a Total Dollar Management Effort Insurance Brokers ("Total Dollar"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), as follows:

   1. That all claims by INA against Divita in this action shall be and hereby are dismissed with prejudice.

   2. That all claims by Divita against INA in this action shall be and hereby are dismissed with prejudice.

   3. That all claims by Divita against Total Dollar in this action shall be and hereby are dismissed with prejudice.

   4. Each party shall bear her or its own fees and costs.

Dated: August 24, 2005            SIMPSON THACHER & BARTLETT LLP

                                  By: _____
                                       SETH A. RIBNER

                                  Attorneys for Plaintiff/Counterdefendant
                                  INSURANCE COMPANY OF NORTH
                                  AMERICA


Dated: August ___, 2005           GAVIN & CUNNINGHAM

                                  By: _____
                                       ALAN F. HUNTER

                                  Attorneys for Defendant/Counterclaimant
                                  CAROL M. DIVITA

-1-

Stipulation and [Proposed] Order of Dismissal
Case No. C 04 4477 CRB

1 | Dated: August 24, 2005     HINSHAW & CULBERTSON LLP

By: /s/ FRANCES M. O'MEARA

Attorneys for Counterdefendant
TOTAL DOLLAR MANAGEMENT EFFORT,
LTD., D/B/A TOTAL DOLLAR
MANAGEMENT EFFORT INSURANCE
BROKERS

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 25, 2005

Honorable Charles R. Breyer
United States District Court Judge

**APPROVED** — Judge Charles R. Breyer

---

Stipulation and [Proposed] Order of Dismissal
Case No. C 04 4477 CRB

-2-